UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA LEE GROEZINGER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 13-2105 JC<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: May 6, 2014

　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE